UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04807-SPG-AGR | Date | August 29, 2022 |
|---|---|---|---|
| Title | GS Holistic, LLC v. Feelin Right Smoke Shop, LLC et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not applicable |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before September 13, 2022,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant's **Feelin Right Smoke Shop, LLC d/b/a Feelin Right Smoke Shop; Joel D. Arrieta** did not answer the complaint, yet Plaintiff's have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff's can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.

:
Initials of Preparer          PG